UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, § § § § § Plaintiffs, § § vs. § § TRI-STATE OIL FIELD SERVICES, Inc., § a Texas Corporation, RICARDO "RICKY" § CANTU, an individual, RICKY'S § TOWING OF AMARILLO, LLC, § a Texas limited liability company, § § Defendants. § | | CASE NO. _____ |

## NOTICE OF INTERESTED PARTIES

NOW COME, Plaintiffs through their undersigned attorneys, and file this Notice of Interested Parties in this action.

| | |
|---|---|
| Philip R. Russ SBN, 17406000<br>Law Offices of Philip R. Russ<br>2700 S. Western, Suite 1200<br>Amarillo, Texas 79109<br>Attorney for Plaintiffs | Jerry D. McLaughlin, SBN 13743300<br>Law Offices of Jerry D. McLaughlin<br>2700 S. Western, Suite 1000<br>Amarillo, Texas 79109<br>Attorney for Plaintiffs |
| Zack Ellis<br>c/o Law Offices of Philip R. Russ<br>2700 S. Western, Suite 1200<br>Amarillo, Texas 79109 | Arturo Salinas<br>313 Lake St.<br>Hereford, Texas 79045 |
| Geronimo Perez<br>14077 C.R. 31.9<br>Westin, Colorado 81091 | Jarrod Daniel<br>608 Star<br>Hereford, Texas 79045 |

| | |
|---|---|
| Kerry Tawater<br>c/o Law Offices of Philip R. Russ<br>2700 S. Western, Suite 1200<br>Amarillo, Texas 79109 | Tri-State Oil Field Services, Inc.<br>222 Northwest Dr.<br>Hereford, Texas 79045 |
| Ricardo "Ricky" Cantu<br>3710 Tradewind St.<br>Amarillo, Texas 79118 | Ricky's Towing of Amarillo, LLC<br>302 S. Williams<br>Amarillo, Texas 79102 |

Respectfully submitted,

LAW OFFICES OF JERRY D. MCLAUGHLIN
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, Texas 79109
806-371-9110 - Telephone
806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

By: /s/ Philip R. Russ
Philip R. Russ Bar No. 17406000