**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

_____

_____
Plaintiff

v.                                                                    _____
                                                                        Docket Number

_____
Defendant

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case (including the trial) and order entry of a final judgment.

Signature of Party or Counsel of Record          Date

_____          _____
_____          _____
_____          _____

NOTE: Return this form to the District Clerk only if it has been executed by all parties to the case.

_____

## ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the above captioned matter be reassigned to the United States Magistrate Judge_____ for the conduct of all further proceedings and the entry of judgment in accordance with 28 § 636(c) and the foregoing consent of the parties.

_____          _____
Date                                                                UNITED STATES DISTRICT JUDGE

## TRIALS BY THE UNITED STATES MAGISTRATE JUDGE

28 U.S.C. § 636(c)(1) and Fed. R. Civ. Proc 73(b) provide that upon the consent of all parties in a civil case, the district judge may enter an order reassigning the civil case to a magistrate judge. Miscellaneous Order No. 6 of the Northern District of Texas provides that it is the plaintiff's obligation to attach a copy of this notice to the complaint and summons, when served.

## NOTICE OF RIGHT TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

You have the opportunity to consent to the exercise of civil jurisdiction over your case by a magistrate judge. If all parties involved in your case consent, the presiding district judge may enter an order of transfer, and reassign your case to a magistrate judge.

Your decision to consent, or not to consent, to the reassignment of your case to a magistrate judge is entirely voluntary and without any adverse consequences if you choose not to consent. Your decision should be communicated to the clerk of the district court using the form entitled: *Consent to Proceed Before a United States Magistrate Judge* ("consent form"). It is preferred that all parties submit the consent form jointly, but it may be submitted individually if necessary. A district judge or magistrate judge will not be informed of any party's response to this notice unless all parties have consented to the referral of the matter to a magistrate judge.

Even if all parties consent to the exercise of civil jurisdiction by a magistrate judge, the district judge may choose not to enter an order reassigning the case to a magistrate judge. However, if the district judge does enter an order of transfer, and reassigns your case to the magistrate judge, the magistrate judge is then authorized to conduct any or all proceedings in the case, including a jury or non–jury trial, and order the entry of a final judgment. Upon entry of judgment by the magistrate judge in any case referred under 28 U.S.C. § 636(c)(1), 28 U.S.C. § 636(c)(3) provides that "an aggrieved party may appeal directly to the appropriate United States court of appeals from the judgment of the magistrate judge in the same manner as an appeal from any other judgment of a district court."

If you wish to consent to proceed before a United States magistrate judge and are a registered electronic filer in the Northern District of Texas, you complete the online form available in the court's ECF system under *Civil Events, Other Filings*. Non–ECF filers may access the consent form on the court's website at www.txnd.uscourts.gov, *Forms, Civil* or request a paper copy from any of the clerk's seven divisional offices.

### *NOTICE TO PARTIES*

A Northern District of Texas Miscellaneous Order requires that every party in a civil case be provided a form with which the party may consent to trial of the case before a magistrate judge.

If all parties consent to trial by a magistrate judge, the District Judge is informed. Then the District Judge, in the District Judge's discretion, will decide if the case is to be transferred to a magistrate judge for trial. CASES IN THE AMARILLO DIVISION ARE NOT ROUTINELY TRANSFERRED FOR TRIAL TO THE MAGISTRATE JUDGE.