UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| ZACH ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals | § § § § § | |
|---|---|---|
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 2:15-CV-00058-J |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, and individual, RICK'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, | § § § § § § § § | |
| Defendants | § § | |

**DEFENDANT KATRINA KINKAID'S FIRST AMENDED ANSWER
TO PLAINTIFFS ORIGINAL COMPLAINT**

COMES NOW the Defendant, KATRINIA KINCAID ("Katrina Kincaid"), by and through its undersigned counsel, Darrell R. Carey, and files its First Amended Answer to Plaintiff's Complaint as follows:

1. Katrina Kincaid admits that Plaintiff has brought an action under the Fair Labor Standards Act, 29 U.S.C. § 216 (b), but denies that Plaintiff states a claim upon which relief can be granted and further denies the remaining allegations in ¶ 1 of Plaintiff's Complaint.

2. Katrina Kincaid lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 2 of the complaint.

3. Katrina Kincaid admits that Plaintiffs Zach Ellis and Arturo Salinas were employees of Tri-State Oil Field Services but denies the remaining allegations in ¶ 3 of Plaintiff's Complaint.

4. Katrina Kincaid admits that she may be served at her office at 302 S. Williams, Amarillo, Texas. Defendant denies that she is jointly and severally liable for the acts of Tri-State Oil Field Services, Inc., Ricky's Towing of Amarillo, LLC and Cantu Towing, LLC. Defendant denies the remaining allegations in ¶ 4 of Plaintiff's Complaint.

5. Katrina Kincaid admits that Plaintiffs Zach Ellis and Arturo Salinas were employees of Tri-State Oil Field Services. Defendant denies the remaining allegations set forth in ¶ 5 of Plaintiff's Complaint.

6. Katrina Kincaid denies the allegations set forth in ¶ 6 of Plaintiff's Complaint denies that Defendant is jointly and severally liable for the acts of Tri-State Oil Field Services, Inc., Ricky's Towing of Amarillo, LLC, and Cantu Towing, LLC.

7. Katrina Kincaid denies the allegations set forth in ¶ 7 of Plaintiff's Complaint.

8. Katrina Kincaid denies the allegations set forth in ¶ 8 of Plaintiff's Complaint.

9. Katrina Kincaid denies the allegations set forth in ¶ 9 of Plaintiff's Complaint.

10. Katrina Kincaid denies the allegations set forth in ¶ 10 of Plaintiff's Complaint.

11. Katrina Kincaid denies the allegations set forth in ¶ 11 of Plaintiff's Complaint.

12. Katrina Kincaid denies the allegations set forth in ¶ 12 of Plaintiff's Complaint.

## COUNT ONE - FLSA

13. Katrina Kincaid denies the allegations set forth in ¶ 13 of Plaintiff's Complaint. The complaint fails to state a claim of upon which relief can be granted as to Defendant Katrina Kincaid.

COUNT TWO – Tort of Retaliation for Complaining about Overtime
and Working Conditions

14. Katrina Kincaid denies the allegations set forth in ¶ 14 of Plaintiff's Complaint. The complaint fails to state a claim of upon which relief can be granted as to Defendant Katrina Kincaid.

15. Katrina Kincaid denies the allegations set forth in ¶ 15 of Plaintiff's Complaint.

16. Katrina Kincaid denies the allegations set forth in ¶ 16 of Plaintiff's Complaint.

17. Katrina Kincaid denies the allegations set forth in ¶ 17 of Plaintiff's Complaint.

PRAYER

WHEREFORE, Defendant Katrina Kincaid respectfully requests that the Court:

A. Enter judgment in Katrina Kincaid's favor.

B. Award Katrina Kincaid its reasonable costs and fees, including attorneys' fees.

C. Grant Katrina Kincaid such other and further relief as the Court deems just and proper

Respectfully Submitted

/s/ Darrell R. Carey
Darrell R. Carey
Attorney for Katrina Kincaid
Law Office of Darrell R. Carey
300 15th Street
Canyon, TX 79015
Phone:  (806) 655-4529
Fax:     (806) 655-7250
Email: lawofficeofdarrellrcarey@gmail.com

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Katrina Kincaid's Answer to Plaintiffs Original Complaint was served on Jerry McLaughlin and Philip R. Russ on the 12th day of March,

2015.

Law Offices of Jerry D. McLaughlin
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, TX 79109
Phone:  (806) 371-9110
Fax:     (806) 373-9029

And

Law Offices of Philip R. Russ
2700 S. Western, Suite 1200
Amarillo, TX 79109
Phone:  (806) 358-9293
Fax:     (806) 358-9296

                                        /s/ Darrell R. Carey
                                       Darrell R. Carey