UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACH ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 2:15-CV-00058-J |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, and individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, | § § § § § § § § | |
| Defendants | § § | |

**DEFENDANT RICKY'S TOWING OF AMARILLO, LLC, ANSWER TO PLAINTIFFS ORIGINAL COMPLAINT**

COMES NOW the Defendant, RICKY'S TOWING OF AMARILLO, LLC, ("Ricky's Towing"), by and through its undersigned counsel, Darrell R. Carey, and files its Answer to Plaintiff's Complaint as follows:

1.  Ricky's Towing admits that Plaintiff has brought an action under the Fair Labor Standards Act, 29 U.S.C. § 216 (b), but denies that Plaintiff states a claim upon which relief can be granted and further denies the remaining allegations in ¶ 1 of Plaintiff's Complaint.

2.  Ricky's Towing lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 2 of the complaint.

3. Ricky's Towing lacks knowledge or information sufficient to form a belief about the truth of the allegations that the Plaintiffs were employees of Tri-State Oil Field Services and denies the remaining allegations in ¶ 3 of Plaintiff's Complaint.

4. Ricky's Towing admits that they can be served through their registered agent, Ricky Cantu at its place of business at 302 S. Williams, Amarillo, Texas.  Defendant denies that they are jointly and severally liable for the acts of Tri-State Oil Field Services, Inc., and Cantu Towing, LLC.  Defendant denies the remaining allegations in ¶ 4 of Plaintiff's Complaint

5. Ricky's Towing lacks knowledge or information sufficient to form a belief about the truth of the allegations that Plaintiffs were employees of Tri-State Oil Field Services and denies the remaining allegations in ¶ 5 of Plaintiff's Complaint.

6. Ricky's Towing denies the allegations set forth in ¶ 6 of Plaintiff's Complaint and denies that Defendant is jointly and severally liable for the acts of Tri-State Oil Field Services, Inc., and Cantu Towing, LLC.

7. Ricky's Towing denies the allegations set forth in ¶ 7 of Plaintiff's Complaint.

8. Ricky's Towing denies the allegations set forth in ¶ 8 of Plaintiff's Complaint.

9. Ricky's Towing denies the allegations set forth in ¶ 9 of Plaintiff's Complaint.

10. Ricky's Towing denies the allegations set forth in ¶ 10 of Plaintiff's Complaint.

11. Ricky's Towing denies the allegations set forth in ¶ 11 of Plaintiff's Complaint.

12. Ricky's Towing denies the allegations set forth in ¶ 12 of Plaintiff's Complaint.

## COUNT ONE - FLSA

13. Ricky's Towing denies the allegations set forth in ¶ 13 of Plaintiff's Complaint. The complaint fails to state a claim of upon which relief can be granted as to Defendant Ricky's Towing.

COUNT TWO – Tort of Retaliation for Complaining about Overtime
and Working Conditions

14. Ricky's Towing denies the allegations set forth in ¶ 14 of Plaintiff's Complaint. The complaint fails to state a claim of upon which relief can be granted as to Defendant Ricky's Towing.

15. Ricky's Towing denies the allegations set forth in ¶ 15 of Plaintiff's Complaint.

16. Ricky's Towing denies the allegations set forth in ¶ 16 of Plaintiff's Complaint.

17. Ricky's Towing denies the allegations set forth in ¶ 17 of Plaintiff's Complaint.

PRAYER

WHEREFORE, Defendant Ricky's Towing respectfully requests that the Court:

A. Enter judgment in Ricky's Towing of Amarillo, LLC's favor.

B. Award Ricky's Towing of Amarillo, LLC, its reasonable costs and fees, including attorneys' fees.

C. Grant Ricky's Towing of Amarillo, LLC, such other and further relief as the Court deems just and proper

Respectfully Submitted

/s/ Darrell R. Carey
Darrell R. Carey
Attorney for Ricky's Towing of Amarillo
Law Office of Darrell R. Carey
300 15th Street
Canyon, TX 79015
Phone:  (806) 655-4529
Fax:     (806) 655-7250
Email: lawofficeofdarrellrcarey@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Ricky's Towing of Amarillo, LLC, Answer to Plaintiffs Original Complaint was served on Jerry McLaughlin and Philip R. Russ on the 12th day of March, 2015.

Law Offices of Jerry D. McLaughlin
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, TX 79109
Phone:  (806) 371-9110
Fax:    (806) 373-9029

And

Law Offices of Philip R. Russ
2700 S. Western, Suite 1200
Amarillo, TX 79109
Phone:  (806) 358-9293
Fax:    (806) 358-9296

                                                /s/ Darrell R. Carey
                                                Darrell R. Carey