# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, <br><br>  Plaintiffs, <br><br> vs. <br><br> TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | CASE NO. 2:15-CV-00058-J |

### FIRST NOTICE OF FILING CONSENTS

Plaintiffs hereby file the following Consents to Join Fair Labor Standards Act Suit in connection with the above entitled and numbered action, attached hereto as Exhibit A:

1. Don Brown; and
2. Arturo Salinas

Dated and signed this 24th day of March, 2015.

                                                  Respectfully submitted,

                                                  LAW OFFICES OF JERRY D. MCLAUGHLIN
                                                  Jerry D. McLaughlin, SBN 13743300
                                                  1200 S. Western, Suite 1000
                                                  Amarillo, Texas 79109
                                                  806-371-9110 - Telephone
                                                  806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

By: /s/ Philip R. Russ
Philip R. Russ Bar No. 17406000

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2015, I electronically filed the foregoing "First Notice of Filing Consent" with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system:

Darrell R. Carey
Law Office of Darrell R. Carey
300 15th Street
Canyon, Texas 79015
Tel. 806-655-4529
Fax 806-355-7250
lawofficeofdarrellcarey@gmail.com

By: /s/ Philip R. Russ
Philip R. Russ Bar No. 17406000

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, § § § § § | | |
| Plaintiffs, § | | |
| vs. § | CASE NO. 2:15-CV-00058-J | |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, § § § § § § § § § § | | |
| Defendants. § | JURY TRIAL DEMANDED | |

## CONSENT TO JOIN

I understand that this suit is being brought under the federal Fair Labor Standards Act. I have read and understand the notice accompanying this Consent. I hereby consent to become a party plaintiff herein and to be bound by the decision of the Court.

Mail This Form To:

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
Tel. (806) 358-9293
Fax (806) 358-9296

or

LAW OFFICES OF JERRY D. McLAUGHLIN
2700 S. Western, Suite 1000
Amarillo, Texas 79109
Tel. (806) 371-9110
Fax (806) 373-9029

_Von Brown_
(signature)

_Von Brown_
(type or print name)

_1310 N.W. 9th_
Street Address

_Ama_  _Tx_  _79107_
City     State     Zip Code

_Truck Driver_
Job Description-Department

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, <br><br> Defendants. | §§§§§§§§§§§§§§§§§§§§§ | CASE NO. 2:15-CV-00058-J <br><br><br><br> JURY TRIAL DEMANDED |

CONSENT TO JOIN

I understand that this suit is being brought under the federal Fair Labor Standards Act. I have read and understand the notice accompanying this Consent. I hereby consent to become a party plaintiff herein and to be bound by the decision of the Court.

Mail This Form To:

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
Tel. (806) 358-9293
Fax (806) 358-9296

or

LAW OFFICES OF JERRY D. McLAUGHLIN
2700 S. Western, Suite 1000
Amarillo, Texas 79109
Tel. (806) 371-9110
Fax (806) 373-9029

_____
(signature)

_Arturo Salinas_
(type or print name)

_4201 W. Farmers Ave #A_
Street Address

_Amarillo,_    _TX_    _79110_
City     State     Zip Code

_truck driver_
Job Description-Department