UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, § § § § | | |
| Plaintiffs, § § | | |
| vs. § | CASE NO. 2:15-CV-00058-J | |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, § § § § § § § § § | | |
| Defendants. § | JURY TRIAL DEMANDED | |

### RULE 26(F) CONFERENCE REPORT

**TO:   THE HONORABLE MARY LOU ROBINSON, U.S. DISTRICT JUDGE:**

The parties by personal conference conducted their Rule 26(f) conference on April 7th, 2015, with Darrell Carey, Esq., as attorney for the Defendants, and Philip R. Russ as one of the attorneys for the Plaintiffs. The following is the result of that conference:

1. The parties agree that discussion of settlement of the case is premature at this time. The parties conferred about the nature and basis of Plaintiffs' claims and the Defendants' defenses;

2. The parties state that Rule 26(a)(1) disclosures should be exchanged in accordance

with the Court's Order, which is fourteen (14) days following the Rule 26(f) conference (April 21st, 2015);

    3.    The parties agree that discovery should proceed simultaneously on liability and damages and, at this time, do not believe that any changes in the limitations on discovery are required;

    4.    The parties agree that the initial round of written discovery requests to each side should be completed before depositions take place. The parties will work together to schedule the Plaintiffs depositions and Defendants depositions and any other depositions properly noticed and agreed upon by the parties.

    5.    The attorneys are cooperating with each other and believe most issues between them can be resolved without Court intervention.

        Respectfully submitted,

        LAW OFFICES OF JERRY D. MCLAUGHLIN
        Jerry D. McLaughlin, SBN 13743300
        2700 S. Western St., Suite 1000
        Amarillo, Texas 79109
        806-371-9110 - Telephone
        806-373-9029 - Facsimile

        - and -

        LAW OFFICES OF PHILIP R. RUSS
        2700 S. Western St., Suite 1200
        Amarillo, Texas 79109
        (806) 358-9293 - Telephone
        (806) 358-9296 - Facsimile

        BY:   /s/ Philip R. Russ
        Philip R. Russ, SBN 17406000

        ***Attorneys for Plaintiffs***

>Darrell R. Carey
>Law Office of Darrell R. Carey
>300 15th Street
>Canyon, Texas 79015
>Tel. 806-655-4529
>Fax 806-355-7250
>lawofficesofdarrellcarey@gmail.com
>
>BY: */s/ Darrell R. Carey*
>Darrell R. Carey, SBN: 03791700
>***Attorney for Defendant*** s

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

>Darrell R. Carey
>Law Office of Darrell R. Carey
>300 15th Street
>Canyon, Texas 79015
>Tel. 806-655-4529
>Fax 806-355-7250
>lawofficesofdarrellcarey@gmail.com

>By: */s/ Philip R. Russ*
>Philip R. Russ