# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, | § | |
| ARTURO SALINAS, JARROD M. DANIEL, | § | |
| and KERRY TAWATER, individuals, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | CASE NO. 2:15-CV-00058-J |
| | § | |
| TRI-STATE OIL FIELD SERVICES, Inc., | § | |
| a Texas Corporation, RICARDO "RICKY" | § | |
| CANTU, an individual, RICKY'S | § | |
| TOWING OF AMARILLO, LLC, | § | |
| a Texas limited liability company, KATRINA | § | |
| KINCAID, an individual, and CANTU | § | |
| TOWING, LLC, a Texas limited liability | § | |
| company, | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' WRITTEN DESIGNATION OF EXPERTS

NOW COME, Zack Ellis, Geronimo Perez, Arturo Salinas, Jarrod M. Daniel and Kerry

Tawater, plaintiffs and file this their list of potential experts as follows:

Plaintiffs intend to call the following experts in this case:

1.   LAW OFFICES OF JERRY D. MCLAUGHLIN
     Jerry D. McLaughlin, SBN 13743300
     2700 S. Western St., Suite 1000
     Amarillo, Texas 79109
     806-371-9110 - Telephone
     806-373-9029 - Facsimile

     Subject of Information: As to attorney fees

2.       LAW OFFICES OF PHILIP R. RUSS
2700 S. Western St., Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile
philiprruss@russlawfirm.com

Subject of Information: As to attorney fees

Plaintiffs respectfully request permission to cross-designate, or utilize, to the fullest extent allowed by the Federal Rules, any and all other experts designated by any other party to this lawsuit.

Plaintiffs respectfully request permission to reserve the right to supplement their designation in the event the Court grants their Motion for Notice and Mail-Out which is pending before the Court and is ripe for a ruling.

Respectfully submitted,

LAW OFFICES OF JERRY D. MCLAUGHLIN
Jerry D. McLaughlin, SBN 13743300
2700 S. Western St., Suite 1000
Amarillo, Texas 79109
806-371-9110 - Telephone
806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western St., Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

BY:   */s/ Philip R. Russ*
Philip R. Russ, SBN 17406000
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

Darrell R. Carey
Law Office of Darrell R. Carey
300 15th Street
Canyon, Texas 79015
Tel. 806-655-4529
Fax 806-355-7250
lawofficeofdarrellcarey@gmail.com


By: _/s/ Philip R. Russ_____
      Philip R. Russ