

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUN 17 PM 3:23

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals, | § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION CAUSE NUMBER |
| v. | § § | 2:15-CV-058-J |
| TRI-STATE OIL FIELD SERVICES, INC., a Texas Corporation, *et al.*, | § § § | |
| DEFENDANTS. | § | |

### ORDER OF REFERRAL

Before the Court is Plaintiffs' motion, filed June 10, 2015, to compel discovery. No response to this motion has been filed.

Pursuant to 28 U.S.C. § 636(b), this motion is referred to the Hon. Clinton Averitte, United States Magistrate Judge in Amarillo, Texas, for a hearing, if necessary, and for determination.

It is SO ORDERED.

Signed this the ___17th___ day of June, 2015.

S/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE