CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUN 18 PM 1: 35

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZAC ELLIS, GERONIMO PEREZ, | § | |
| ARTURO SALINAS, JARROD M. DANIEL, | § | |
| and KERRY TAWATER, Individuals, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:15-CV-058 |
| | § | |
| TRI-STATE OIL FIELD SERVICES, INC | § | |
| a Texas Corporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Before the Court is plaintiff's June 10, 2015, "Motion to Compel Answers to Interrogatories and the Production of Documents." This motion has been referred to the undersigned by an Order of Referral issued June 17, 2015.

The hearing on the motion is set for **Wednesday, July 1, 2015 at 2:30 p.m.**, in the First Floor Courtroom, United States Courthouse, 205 S.E. Fifth Avenue, Amarillo, Texas.

The parties are ordered to **meaningfully confer on or before June 23, 2015** and make every effort to reach an amicable resolution of the issues. If the parties are able to reach such an agreement, defendants shall file their responses **on or before June 26, 2015.**

If the parties are able to resolve their differences, plaintiffs shall inform the Court that all matters have been resolved and the Court will vacate the hearing with the understanding that plaintiffs will submit a motion to withdraw their Motion to Compel Answers to Interrogatories

and the Production of Documents.

Further, if the parties are not able to resolve their issues, they shall advise the Court of the specific issues to be heard on July 1, 2015.

IT IS SO ORDERED.

ENTERED this _18th_ day of June 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE