UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACH ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 2:15-CV-00058-J |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, and individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, | § § § § § § § § | |
| Defendants | § § | |

## DEFENDANTS RESPONSE TO PLAINTIFFS MOTION TO COMPEL

COMES NOW the Defendants, TRI-STATE OIL FIELD SERVICES, INC., ("Tri-State"), RICARDO "RICKY" CANTU, RICKY'S TOWING OF AMARILLO ("Ricky's Towing"), KATRINA KINCAID and CANTU TOWING ("Cantu Towing"), by and through its undersigned counsel, Darrell R. Carey, and files its Response to Plaintiffs Motion to Compel as follows:

1. Defendants have produced all documents responsive.

2. Defendant's Ricky's Towing of Amarillo, Katrina Kincaid and Cantu Towing do not have any documents regarding Tri-State Oil Field Services in their possession.

3. Defendants assert that a Motion to Compel is inappropriate in this matter since the main complaints of the Plaintiffs are that the Defendants didn't fully answer the discovery when in fact the Defendants did adequately answer the discovery.

PRAYER

WHEREFORE, PREMISES CONSIDERED Defendants move that this Court deny the Plaintiff's Motion to Compel and for Sanctions and that any and all further request of the Plaintiffs be denied and further relief as the Court deems just and proper.

        Respectfully Submitted

        /s/ Darrell R. Carey
        Darrell R. Carey
        Attorney for Tri-State Oil Field Services, Inc.
        Law Office of Darrell R. Carey
        300 15th Street
        Canyon, TX 79015
        Phone:  (806) 655-4529
        Fax:     (806) 655-7250
        Email: lawofficeofdarrellrcarey@gmail.com

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the Defendants Response to Plaintiffs Motion to Compel on Jerry McLaughlin and Philip R. Russ on the 29th day of June, 2015.

Law Offices of Jerry D. McLaughlin
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, TX 79109
Phone:  (806) 371-9110
Fax:     (806) 373-9029

And

Law Offices of Philip R. Russ
2700 S. Western, Suite 1200
Amarillo, TX 79109
Phone: (806) 358-9293
Fax:    (806) 358-9296

                                        /s/ Darrell R. Carey
                                        Darrell R. Carey