UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, individuals, § § § § | | |
| Plaintiffs, § § | | |
| vs. § | CASE NO. 2:15-CV-00058-J | |
| § | | |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, § § § § § § § § § | | |
| Defendants. § | JURY TRIAL DEMANDED | |

### JOINT REPORT OF SETTLEMENT NEGOTIATIONS

**TO THE HONORABLE MARY LOU ROBINSON, U.S. DISTRICT JUDGE:**

As required by this Court's Original Rule 16 Scheduling Order, the parties file their Joint Report on Status of Settlement Negotiations, and would show the Court as follows:

**I.**

**SETTLEMENT STATUS**

1. The parties conducted their joint conference on Monday, June 29, 2015, with Darrell Carey, Esq., as attorney for the Defendants and Philip R. Russ, as attorney for the Plaintiffs. The following is the result of that conference:

2. The parties have previously conferred about the nature and basis of Plaintiffs' claims and the Defendants' defenses. The parties agree that meaningful settlement discussions are premature at this time as additional discovery needs to be completed.

3. Pursuant to the Court's original Rule 16 Scheduling Order, the deadline for completion of discovery is September 21, 2015. Plaintiffs have initiated written discovery and will be complete in the near future, and certainly in advance of the Court's deadline for the completion of discovery. The parties likewise agree to schedule and take depositions within the Court's deadline for completion of discovery and are working together to schedule necessary depositions.

4. The attorneys are cooperating with each other and believe most issues between them can be resolved without Court intervention. The attorneys request mediation be scheduled after the Court's deadline for completion of discovery, as this would give the parties sufficient time to complete discovery and would lead to a more meaningful mediation.

Respectfully submitted,

LAW OFFICES OF JERRY D. MCLAUGHLIN
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, Texas 79109
806-371-9110 - Telephone
806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

By: /s/ Philip R. Russ
Philip R. Russ Bar No. 17406000
***Attorneys for Plaintiffs***

>Darrell R. Carey
>Law Office of Darrell R. Carey
>300 15th Street
>Canyon, Texas 79015
>Tel. 806-655-4529
>Fax 806-355-7250
>lawofficesofdarrellcarey@gmail.com
>
>BY: */s/ Darrell R. Carey*
>Darrell R. Carey, SBN: 03791700
>***Attorney for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

>Darrell R. Carey
>Law Office of Darrell R. Carey
>300 15th Street
>Canyon, Texas 79015
>Tel. 806-655-4529
>Fax 806-355-7250
>lawofficesofdarrellcarey@gmail.com


>By: */s/ Philip R. Russ*
>Philip R. Russ