CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 JUN 30 PM 2:42
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ZAC ELLIS, GERONIMO PEREZ, §
ARTURO SALINAS, JARROD M. DANIEL, §
and KERRY TAWATER, Individuals, §
§
Plaintiffs, §
§
v. § 2:15-CV-058
§
TRI-STATE OIL FIELD SERVICES, INC §
a Texas Corporation, *et al.*, §
§
Defendants. §

## ORDER RESCHEDULING HEARING

Before the Court is plaintiff's June 10, 2015, "Motion to Compel Answers to Interrogatories and the Production of Documents." This motion has been referred to the undersigned. Currently, the motion is set for hearing on Wednesday, July 1, 2015 at 2:30 p.m. Upon request of the parties this date, the hearing is rescheduled to **July 15, 2015 at 2:30 p.m.** in the First Floor Courtroom, United States Courthouse, 205 S.E. Fifth Avenue, Amarillo, Texas.

If the parties are able to resolve their differences, plaintiffs shall inform the Court that all matters have been resolved and the Court will vacate the hearing with the understanding that plaintiffs will submit a motion to withdraw their Motion to Compel Answers to Interrogatories and the Production of Documents.

IT IS SO ORDERED.

ENTERED this 30th day of June 2015.

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE