

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 15  PM 4: 18

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZAC ELLIS, GERONIMO PEREZ, | § | |
| ARTURO SALINAS, JARROD M. DANIEL, | § | |
| and KERRY TAWATER, Individuals, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:15-CV-058 |
| | § | |
| TRI-STATE OIL FIELD SERVICES, INC. | § | |
| a Texas Corporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SUPPLEMENT MOTION TO COMPEL

Before the Court is plaintiffs' June 10, 2015, "Motion to Compel Answers to Interrogatories and the Production of Documents" referred to the undersigned. A hearing was held Wednesday, July 15, 2015. Counsel for plaintiffs Mr. Philip R. Russ and Mr. Jerry D. McLaughlin were present as well as defendants' counsel Mr. Darrell R. Carey.

At the hearing, all parties represented to the Court that new documents had recently been located, that these documents may resolve the parties' disputes as to the interrogatories and requests for production at issue in the motion to compel and plaintiffs requested time to review the documents to determine if any discovery issues remain.

Plaintiffs, **on or before Friday, July 31, 2015** shall file a Supplement to the Motion to Compel. The supplement should include, but is not limited to, setting out any unresolved discovery issues requiring a hearing. Further, the parties are to meaningfully confer on the issue of plaintiffs' motion for attorney fees and costs and, if unresolved, whether the issue will require an evidentiary hearing or whether such issue can be addressed by submissions to the Court.

Alternatively, if all issues are resolved, including that of attorney fees and costs, plaintiffs will submit a motion to withdraw their Motion to Compel Answers to Interrogatories and the Production of Documents.

If necessary, defendants shall, **within seven (7) days of the date of filing of plaintiffs' Supplement to the Motion to Compel,** file any response they wish to make with regard to any outstanding discovery issues including any issues on attorney fees and costs.

IT IS SO ORDERED.

ENTERED this 15th day of July 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE