# MINUTE ORDER - CIVIL ACTIONS - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| CASE NO. | 2:15-CV-58 | STYLE | Zack Ellis, et al v. Tri-State Oil Field Services, Inc., et al |
| PLACE | Amarillo, Texas | JUDGE | CLINTON E. AVERITTE |
| DATE | Jul 15, 2015 | | |
| REPORTER | Digital | DEPUTY | E. Brito |
| COURT TIME | 13 min. | | |
| CSO | G. Kouh | LAW CLERK | P. Gleason |

**CLERK US DISTRICT COURT**
**NORTHERN DIST. OF TX**
**FILED**
**2015 JUL 15 PM 3:51**
**DEPUTY CLERK**

**Counsel for Plaintiff(s):**
Philip R. Russ
Jerry Dan McLaughlin

**Counsel for Defendant(s):**
Darrell Ray Carey

Hearing Concluded?  Yes [X]  No [ ]

- [ ] Bench Trial
- [ ] Jury Trial
- [ ] Contempt Hearing
- [ ] Markman Hearing
- [ ] Daubert Hearing
- [ ] Three Judge Court Hearing

**Trial Status (Required if one of the above is selected)**

- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only
- [ ] Mistrial
- [ ] Settled/Guilty

- [ ] Docket Call
- [ ] Pretrial Conference
- [ ] Status Conference
- [ ] Scheduling Conference
- [ ] Jury Selection
- [ ] Settlement Conference

(Note to Docket Clerk: Leave Trial Status blank if one of the above is selected)

**Discovery Hearing**
- [ ] Other Evidentiary Hearing - Contested
- [ ] Other Proceeding - Non-evidentiary

**Evidentiary Hearing**
- [ ] Other Evidentiary Hearing - Contested
- [ ] PI or TRO Hearing - Evidentiary

**Miscellaneous Hearing**
- [ ] Other Evidentiary Hearing - Contested
- [ ] Other Proceeding - Non-evidentiary

**Motion Hearing**
- [X] Motion Hearing - Non-evidentiary
- [ ] Other Evidentiary Hearing - Contested
- [ ] PI or TRO Hearing - Evidentiary

**Show Cause**
- [ ] Other Evidentiary Hearing - Contested
- [ ] Other Proceeding - Non-evidentiary

**Telephone Conference**
- [ ] Motion Hearing - Non-evidentiary
- [ ] Other Proceeding - Non-evidentiary
- [ ] Pretrial Conference

**Trial Status (Required if a contested or evidentiary selection is made above. Leave blank if non-evidentiary)**

- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only
- [ ] Mistrial
- [ ] Settled/Guilty
- [ ] None

Notes: