IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ZACK ELLIS, *et al.* | § § | |
| V. | § § | CIVIL ACTION CAUSE NO. 2:15-CV-058-J |
| TRI-STATE OIL FIELD SERVICES, INC., *et al.* | § § § § | |

## ORDER

The Court has received a *Consent To Proceed Before a United States Magistrate Judge* in the above cause. Accordingly, the above case is reassigned to the United States Magistrate Judge Clinton E. Averitte, for final disposition.

It is so ORDERED.

SIGNED this 21st day of July, 2015.

MARY LOU ROBINSON
United States District Judge