# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **ZACK ELLIS, GERONIMO PEREZ,** | § | |
| **ARTURO SALINAS, JARROD M. DANIEL,** | § | |
| **and KERRY TAWATER, individuals,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 2:15-CV-00058-J** |
| | § | |
| **TRI-STATE OIL FIELD SERVICES, Inc.,** | § | |
| **a Texas Corporation, RICARDO "RICKY"** | § | |
| **CANTU, an individual, RICKY'S** | § | |
| **TOWING OF AMARILLO, LLC,** | § | |
| **a Texas limited liability company, KATRINA** | § | |
| **KINCAID, an individual, and CANTU** | § | |
| **TOWING, LLC, a Texas limited liability** | § | |
| **company,** | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## SUPPLEMENT TO MOTION TO COMPEL BY WAY OF STATUS REPORT TO COURT'S ORDER ON DISCOVERY (DKT. 31)

COME NOW, Zack Ellis, Geronimo Perez, Arturo Salinas, Jarrod M. Daniel and Kerry Tawater, Plaintiffs, by and through their attorneys Philip R. Russ and Jerry D. McLaughlin, and file this their Supplement to Motion to Compel by way of  Status Report Pursuant to the Court's Order (Dkt. #31), and would show the Court the following:

## I.
## DOCUMENTS PRODUCED

1.01    On Friday, July 24, 2015, the defendants produced two (2) bankers boxes of Tri-State documents including some documents from Ricky's Towing and Cantu Towing that had not been previously produced, they include:

a) Time worked turned in by employees of Tri-State;

b) Defendants unilateral adjustments downward of calculations of pay to plaintiffs and other Tri-State employees, see Exhibit "A";

c) Inquiries from DOL Wage & Hour division regarding pay practices and Katrina Kincaid's responses thereto, see Katrina's Response Exhibit "B";

d) Pay stubs for various Tri-State employees involving payments to Rick Cantu and Katrina Kincaid reflecting no deductions for withholding tax, F.I.C.A, etc., see Exhibit "C";

e) Documents reflecting the interchange and use of employees by Tri-State, Cantu Towing and Ricky's towing interchangeably and payment of employees by differing entities with no explanation, see Exhibit "D";

f) Documentation reflecting deductions from employees' hourly pay for damage to equipment, etc., see Exhibit "D";

g) Records reflecting DOL investigations of Wage & Hour violations that were apparently thwarted by the defendants through a refusal to co-operate wherein DOL gave up on its investigation, see Exhibit "F";

h) Documents reflecting differing pay rates (i) regular rate and (ii) the lower rate denominated "shop time" for same employee in same pay period resulting in deductions in pay with no explanation or justification therefore, see Exhibit "A";

i) Texas workforce wage claims and TWC Texas Pay Day Decision(s);

j) Certain safety policies at Tri-State;

k) List of all current employees;

l) Cantu Towing DOL Wage & Hour Investigation;

m) Cantu Towing pay roll summary, Jan. 1 through October 12, 2012;

n) Katrina Kincaid response to DOL wage & Hour on behalf of Cantu Towing and Ricky's Towing, plus IRS form Schedule C, 2011, Profit or Loss from Business re Cantu Towing & Ricky's Towing, Exhibit "B" and Exhibit "G";

o) Identity of and description of Tow Trucks provided to DOL (including pictures);

p) Amarillo City Vehicle Storage, Tow Reports as of 4/16/2013;

q) Cantu Towing LLC and Ricky's Towing LLC Tow Reports as of 4/18/2013;

r) Ricky's Towing & Cantu Towing pay summaries by employee with no supporting documents to support calculations – reflecting regular deductions from the non-exempt workers pay with no support to justify the unlawful deductions;

s) DOL Summary of unpaid wages;

t) Ricky's Towing of Amarillo, LLC, Payroll summary; and

u) Ricky's Towing employees and contractors names & addresses (no distinction of how determined employee or contractor or how determine which; List of Drivers (commission).

## DEFICIENCIES IN RESPONSE TO PRODUCTION
## AND INTERROGATORIES

1.02    The defendants have not complied with discovery and as such another hearing

must be set on the plaintiffs Motion to Compel to rectify the following deficiencies, to wit:

aa) Although the defendants tendered Amended Answers to Interrogatories in behalf of all the defendants on July 15, 2015, at the hearing on the Motion to Compel, none of the responses to interrogatories have yet to be verified. As such they constitute no answers at all; Verified responses must be compelled;

bb) Deficiencies to the responses to plaintiff request for production include the lack of any underlying documents that support the payroll summaries, including:

   i) documents reflecting time worked by the drivers, etc., or the paid time captured by the employer, and the pay stubs for each employee or contractor or non-exempt hourly employee of Ricky's Towing and Cantu Towing for the time period in question;

cc) Copies of all the Texas Employment Commission form entitled "Employees Quarterly Report" during the time periods in questions reflecting the employees of each entity for each quarter for the time period in question;

dd) The personnel files of each employee at all three entities during the time periods in question;

ee) Similar employee documents to those recently produced on Tri-State as it relates to Ricky's Towing and Cantu Towing regarding and documenting pay

practices, the calculation of paid time and the amount due the employees as well as deductions from their pay for the time period in question;

1.03    The defendants Ricky's Towing of Amarillo, LLC, Katrina Kincaid and Cantu

Towing in other First Amended Responses to Plaintiffs First Request for Production gave the

identical response to Request to Produce No.'s 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,

17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42,

43, 44, 45, 46, 47, 48, 49, and 50, see Exhibit "E" as follows:

> "Defendants Katrina Kincaid, Ricky's Towing and Cantu
> Towing have no knowledge regarding the defendant Tri-State.
> There are no documents responsive to this request."

The foregoing responses are not made in good faith and are not credible.  The defendants failed

and refused to produce even the most rudimentary form of documentation on the employees of

Ricky's Towing of Amarillo, LLC, and Cantu Towing, LLC.  See Exhibit "D" reflecting an

employee, Brent Diehl, being paid the week ending 1/15/15 partially from Tri-State and partially

from Ricky's Towing.  This document confirms the intra-company use of the same employee(s).

See Exhibit "B" which is a letter on Cantu Towing, signed by Katrina Kincaid, dated April 12,

2013, providing DOL information on Cantu Towing and Ricky's Towing concerning gross

receipts.  The foregoing document belies the defendants assertion and claim that Katrina Kincaid

had nothing to do with these entities and no knowledge of what was transpiring.  See Exhibit "H"

documenting a deduction in weekly pay for plaintiff Kerry Tawater of $290.00 for claimed

damage to garage door.  The foregoing is an unpermissible reduction of pay for no justifiable

reason by the employer.  Accordingly, an additional hearing on the motion to compel is necessary

to identify and compel production of personnel files, payroll records, time records, calculation of

hourly pay (including commissions) deductions from pay, hours worked, documentation of

differing rates for the same employee on the same pay period for Cantu Towing and Ricky's Towing employees who were shared among towing companies as well as Tri-State.  Defendants repeated statement that there are no records is not credible.

1.04    It is necessary to have a hearing on the foregoing issues and on the issue of reasonable and necessary attorneys fees and costs in connection with plaintiffs' Motion to Compel.

WHEREFORE premises considered, plaintiffs submit this Status Report by way of Supplement to their Motion to Compel and pray the Court to Order additional production of documents, order sworn answers to interrogatories, assess and award plaintiffs attorneys fees and costs and such other relief as the Court deems proper.

Respectfully submitted,

LAW OFFICES OF JERRY D. MCLAUGHLIN
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, Texas 79109
806-371-9110 - Telephone
806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

By: */s/ Philip R. Russ*
Philip R. Russ Bar No. 17406000

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

> Darrell R. Carey
> Law Office of Darrell R. Carey
> 300 15th Street
> Canyon, Texas 79015
> Tel. 806-655-4529 / Fax 806-355-7250
> lawofficesofdarrellcarey@gmail.com

By: _/s/ Philip R. Russ_____
Philip R. Russ

# EXHIBIT "A"

**NAME** Randy Iruegas   **PERIOD** 11/12/2014-11/18/2014

| DATE | SHOP TIME | DESCRIPTION | BILLABLE | BILLABLE HOURS | DESCRIPTION2 |
|---|---|---|---|---|---|
| 11/6/2014 | | drove to boys ranch picked up 8 inch pipe, helped with trailers to shop,grinded on trailers and got ready to paint | | | ws 4 Move job 2 |
| 11/9/2014 | | worked on trailer & grinded, greased gin truck & oiled lines went to summit for air filters on gin truck | | 2 | |
| 11/10/2014 | 6 | Welded & cut metal for trailers in the morning went to atlas for pipe job. | | | |
| 11/12/2014 | | Worked on trailer and helped around shop. | | 4 | |
| 11/13/2014 | | got equip. ready for rig move finished up trailers. | | 2 | |
| 11/14/2014 | | | 12.5 | | started rig move,ran loader and gin truck and swamp. |
| 11/15/2014 | | | 13 | | rig move, ran loader, gin truck,swamp |
| 11/16/2014 | | | 13.5 | | rig move,gin truck,loader, swamp |
| 11/17/2014 | | | 12.5 | | rig move,gin truck,loader, swamp |
| TOTAL | 29 | SHOP HOURS @ | 25.5 | BILLABLE HOURS @ | |

(late)

11/6/14   6 hours shop
11/6/14   3 hours (wrong date)
11/9/4    9 hours shop
21 hours shop   7½ Billable

11/10/14   3 hours shop
11/10/14   7½ hours Atlas 4

Shop time 10½ hrs
Billable 25½

31.5 shop
33 hours Billable

$160.95

# EXHIBIT "B"

Cantu Towing LLC
305 S. Williams
Amarillo, Texas  79102
(806)372-8422


April 12, 2013


Information you requested for Cantu Towing.


Gross Receipts for 2010 are not available for Cantu Towing.
Gross Receipts for 2011 on attached Schedule C are $135,147
Gross Receipts for 2012 on Schedule C are $589,003

Three different types of tow trucks used by Cantu Towing:
2011 Dodge 5500 / tow truck with a wheel lift
2006 International / tow truck that is a roll back (flatbed)
1998 Mack / Semi-wrecker

Explanation for employee in Canyon:
        Tommy Bates is an employee of Ricky's Towing and drives a Ricky's Towing truck.  He is
temporarily living in a mobile trailer and has permission to stay on property until he is able to find a
space for rent that is affordable for his trailer.
Tommy Bates (806)336-7750.

Information you requested on Ricky's Towing.

Gross Receipts for 2010 on attached Schedule C are $1,829,501
Gross Receipts for 2011 on attached Schedule C are $1,750,763
Gross Receipts for 2012 on Schedule C are $1,784,767 (Not Final)

We are still in the process of getting you a list of current and past employees with all of their
information for Ricky's Towing.


Katrina Kincaid

Tri State Oilfield Services
3710 Tradewind Street
Amarillo, Texas  79118
(806)373-1778


April 14, 2015

Department of Labor
Kathryn Apodaca
(512)463-2330 phone
(512)463-3976 fax

Reference: Casey Van Beekum

I have attached a copy Mr. Van Beekum's last two paychecks.  I do not have any time records for Mr. Van Beekum during November 28th to December 23rd.  Mr. Cantu does not recall him working during that time frame.  Mr. Cantu stated he thought Mr. Van Beekum had entered the hospital at that time for kidney failure and he was unable to return to work. He stated his father or father in law had picked up Casey's last paycheck.

Thank you,

*Katrina Kincaid*

Katrina Kincaid

# EXHIBIT "C"

TRI STATE OIL FIELD SERVICE, INC.
Geronimo Perez

1/28/2015

**3571**

407.00

PAYMENT RECORD

First Financial Bank

407.00

WHITCO CHECKS - AMARILLO

---

TRI STATE OIL FIELD SERVICE, INC.
Geronimo Perez

1/7/2015

**3396**

976.00

PAYMENT RECORD

First Capital Bank

976.00

WHITCO CHECKS - AMARILLO

NAME: Geronimo Perez

PERIOD: 12/17/2014-12/23/2014

| DATE | SHOP TIME | DESCRIPTION | BILLABLE | DESCRIPTION2 |
|---|---|---|---|---|
| 12/17/2014 | 4 | Fixed light, got trailer trucks ready for inspection. | | |
| 12/18/2014 | | | | |
| 12/19/2014 | | | | |
| 12/20/2014 | | | 14 | Bunk house, fuel tank, misc... |
| 12/20/2014 | 4 | Shop | | Cancelled |
| 12/21/2014 | 6 | Shop | | never got misty pump to work, hooked up trailer never got pump to work. |
| 12/22/2014 | | | | |
| 12/23/2014 | | | 6 | Washed out Frac tanks. |
| | | | | |
| TOTAL | 4 | SHOP HOURS @ | 20 | BILLABLE HOURS @ |

Misc. &/OR REIMURSEMENTS:   14 @ 10. =    20 @ 22. ㏄

```
 140.00
 440.00
─────────
 580.00
```

TRI STATE OIL FIELD SERVICE, INC.

3552

PAYMENT RECORD

1/26/15

Brent Diehl

$105.75

contract labor

WHITCO CHECKS - AMARILLO

Ricky's Towing

Cantu Towing

Amarillo City Vehicle

mm15

**WEEKLY TIME RECORD**

Name: Brent Diehl
Address: 4127Gables
Phone #: 731 9807

Pay Period:_____ t o_____

| Day | In | Out | In | Out | Regular Hours | Overtime Hours | Sick | Vaca-tion | Total |
|---|---|---|---|---|---|---|---|---|---|
| Thursday | | | | | | | | | |
| Friday | | | | | | | | | |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Monday | | | | | | | | | |
| Tuesday | | | | | | | | | |
| Wednesday | 230 Am | 9Pm | | | 19.5 | | | | |
| | | | | Total | | | | | |
| | | | | Rate | | | | | |
| | | | | Total | | | | | |

Employee signature: _____ Date: 1-15-15

Manager signature: _____ Date:

# Ricky's Towing of Amarillo, LLC

Semi accident

3710 Tradewind St.
Amarillo, TX 79118
806-371-7588

**108098**

P.O._____

MEMBER #_____

CUSTOMER
NAME_____

ADDRESS_____

CITY____ _____

| T.D.L.R DRIVER | 33354 | |
|---|---|---|
| T.D.L.R 005533556C | | |
| TRUCK # 600 | __ CASH | |
| TAG # T2647C | __ CHECK | |
| | __ CHARGE | |

| DATE 1/14/15 | DRIVER Brent Denton | DISPATCH TIME 0400 | 23 TIME 0400 | 51 TIME 0500 | 10/8 TIME 0800 |
|---|---|---|---|---|---|

| YEAR MODEL 2010 | MAKE Kenworth | MODEL Tractor | COLOR Blue | CALLED BY | MILEAGE |
|---|---|---|---|---|---|

| TAG: 36NF536 | STATE: CA | VIN #: 3WKAD49X7AF2d839 |
|---|---|---|

PICKUP LOCATION: MM15 W640 Jack Knife

DROP OFF LOCATION: 3708 Tradewind St

STORAGE COMPLAINTS
TEXAS DEPARTMENT OF
LICENSING AND REGULATIONS
PO BOX 12157
AUSTIN, TX 79711
(512) 463-6599
(800) 803-9202

Complaints must be directed to
Texas Department of
Licensing and Regulation
P.O. Box 12157
Austin, TX 78711-2184
Email: towing@license.state.tx.us
Website: http://www.license.state.tx.us/
towing/towing.htm

NOTICE PURSUANT TO SECTION
70.006 TEXAS PROPERTY CODE:
I am the person or agent acting on behalf
of the person who is obligated to pay for
the towing and storage of this vehicle. I
understand that this vehicle is subject to
repossession in accordance with Section
9.503, Texas Business and Commerce
Code, if a written order for payment for
tow and storage on this vehicle is stopped,
dishonored because of insufficient funds,
no funds, or because the drawer or maker
of the order has no account or the account
on which it drawn has been closed.

X _____

DATE RELEASED: _____

| SERVICE: Callout $450 00 | |
|---|---|
| 4 HRS@SCENE@ $150 PER HR. $180 00 | |
| INROUTE MILES@ ___ PER MILE | |
| TOWED MILES@ ___ PER MILE | |
| PORT TO PORT 114mi @3/mi $342 00 | |
| @20% | |
| | |
| | |
| | |
| TAX | |
| TOTAL $892 00 | |

TRI STATE OIL FIELD SERVICE, INC.
Brent Diehl

3542

1/21/2015

1,072.50

PAYMENT RECORD

First Capital Bank

1,072.50

WHITCO CHECKS - AMARILLO

TRI STATE OIL FIELD SERVICE, INC.
Cody Carlisle-Bush

2/4/2015

**3630**

120.50

PAYMENT RECORD

First Capital Bank

120.50

WHITCO CHECKS - AMARILLO

Ricky's Towing

Cantu Towing

Amarillo City Vehicle

**WEEKLY TIME RECORD**

Name: Cody Bush
Address: 4201 Farmers Ave
Phone #: Amarillo, TX

Pay Period: 1-22   to   1-28

| Day | In | Out | In | Out | Regular Hours | Overtime Hours | Sick | Vacation | Total |
|-----|----|----|----|----|--------------|---------------|------|----------|-------|
| Thursday | | | | | | | | | |
| Friday | | | | | | | | | |
| Saturday | | | | | | | | | |
| Sunday | | | | | | | | | |
| Monday 1-26 | 4 Load Trans Load @ 12$^{00}$ 48.$^{00}$ | | | | | | | | |
| Tuesday | | | | | | | | | |
| Wednesday | 8am 6pm | | | | 10 | | | | |

Training

|  |  |
|---|---|
| Total | 10 |
| Rate | 7.25 |
| Total | $72.50   $48.$^{00}$ |

License Balance
@ 275$^{00}$

Farmers Rent
$50$^{00}$

Employee signature: _____ Date: 2-2-15

$120.$^{50}$

Manager signature: _____ Date

Name: **Cody Carlisle-Bush**

| Job Name or Number | Billable | Non Billable |
|---|---|---|
| Yard worked | | |
| in Shop Bolted | | |
| Transmisson on | | |
| Truck. Put Starter | | |
| on 102. Went | | |
| to meet driver in | | |
| Memphis with parts | | 10 |

Date: 1-21  Wednesday ▶  | | 10

| Job Name or Number | Billable | Non Billable |
|---|---|---|

Date:  Friday ▶

Week Ending — Weekly Total

| Job Name or Number | Billable | Non Billable |
|---|---|---|

Date:  Sunday ▶

| Job Name or Number | Billable | Non Billable |
|---|---|---|

Date:  Thursday ▶

| Job Name or Number | Billable | Non Billable |
|---|---|---|

Date:  Saturday ▶

| Job Name or Number | Billable | Non Billable |
|---|---|---|
| Trans loaded | | |
| Truck. Worked | | |
| Cleaning + went to | | |
| get finder | | |
| applyed for Td/R | | |
| License | | |

Date: 1-26  Monday ▶

| Job Name or Number | Billable | Non Billable |
|---|---|---|
| Went and took | | |
| drug test and | | |
| Trained on | | 2 |
| Tow Truck | | |

Date: 1-27  Tuesday ▶

**Weekly Time**

| Earnings | | Amount | |
|---|---|---|---|
| Billable Hours @ | | | |
| Billable OT @ | | | |
| Non Billable Hours @ | 10.00 | 120.00 | |
| Non Billable OT Hours @ | | | |
| PTO Hours @ | | | |

# Weekly Time Record

Employee Name: **Cody Carlisle-Bush**

Employee Signature

Manager Signature

Week Ending



TRI STATE OIL FIELD SERVICE, INC.
R.J. Ware

2765

11/5/2014

3,092.00

PAYMENT RECORD

First Capital Bank

WHITCO CHECKS - AMARILLO

3,092.00

PJ ware    10/22 - 10/28

10/22/14   Billable:
           rig move -15']2

10/23/14   rig move -15

10/24/14   rig move -15

10/25/14   rig move -15

10/26/14   rig move -15

10/27/14   rig move 15

10/28/14   Sales/IDS
           16 hrs

28 hrs OT
from previous week
-800.
Draw   Overtime

Billable 10 6½ hrs
@ $1,120 ∞
40K 2/ 2,772 ∞
660X92 ∞

$3,892
-800.00

TRI STATE OIL FIELD SERVICE, INC.
Nathan Williams

11/5/2014                                                   2766

3,430.00

PAYMENT RECORD

First Capital Bank

3,430.00

WHITCO CHECKS - AMARILLO

Nathan Williams 10/22/14-10/28

Shop Time:   10/22/14   Billable:

10/23/14   Crane assist, tear
down rig - 15 hrs

10/24/14   Moving, tear down
rig - 15 hrs

10/25/14   Crane operator, tear
down rig. 15 hrs

10/26/14   Crane operator, build
rig - 15 hrs

10/27/14   Crane operator, build
rig - 15 hrs

10/28/14   Crane operator, mo
crane back, 14 assist
art - 15 hrs

Billable - 105 hrs
@ 400.00
overtime 55 @ 42.00

$1,120.00
2,310.00
$3,430.00

TRI STATE OIL FIELD SERVICE, INC.                                    **2768**

Thomas Lawson                              11/5/2014

790.00

PAYMENT
RECORD

First Capital Bank                                                   790.00

WHITCO CHECKS - AMARILLO



**TRI-STATE**
**OILFIELD SERVICES, INC.**

3710 Tradewind • Amarillo, TX 79118
(806) 373-1778 fax (806) 371-7876

**WEEKLY TIME CARD**

Name:

Address:

Phone #:

| Day | In | Out | Lunch | In | Out | Regular Hours | Overtime Hours | Sick | Vacation | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Thursday 10-23-14 | 9:00am | 2:00pm | | | | 5 hrs | | | | |
| Friday 10-24-14 | 8:30am | 10:30am | | | | 2 hrs | | | | |
| Saturday | | | | | | | | | | |
| Sunday 10-26-14 | 8:30am | 7:00pm | | | | 10.5 hrs | | | | |
| Monday 10-27-14 | 8:30am | 8:30pm | | | | 12 hrs | | | | |
| Tuesday 10-28-14 | 9:00am | 2:00pm | | | | 5 hrs | | | | |
| Wednesday 10-29-14 | 9:00am | 2:00pm | | | | 5 hrs | | | | |
| | | | | | Total | 39.5 | | | | |
| | | | | | Rate | $20.00 | | | | |
| | | | | | Total | - $790.00 | | | | |

Employee signature:                                      Date:

Manager signature:                                        Date:

TRI STATE OIL FIELD SERVICE, INC.
   Andy Monahan

2769

11/5/2014

2,500.00

PAYMENT RECORD

First Capital Bank

2,500.00

WHITCO CHECKS - AMARILLO



# TRI-STATE
## OILFIELD SERVICES, INC.

3710 Tradewind • Amarillo, TX 79118
(806) 373-1778 fax (806) 371-7876

Name:        Address:

## WEEKLY TIME CARD

Name: ANDY MONAHAN

Address: City View        $2500.⁰⁰

Phone #: 806 - 584 - 0921

| Day | In | Out | Lunch | In | Out | Regular Hours | Overtime Hours | Sick | Vaca-tion | Total |
|-----|-----|-----|-------|-----|-----|---------------|----------------|------|-----------|-------|
| Thursday | 7:00 | 9:00 | | | | | | | | |
| Friday | 7:00 | 9:00 | | | | | | | | |
| Saturday | 7:00 | 9:00 | | | | | | | | |
| Sunday | 7:00 | 9:00 | | | | | | | | |
| Monday | 7:00 | 9:00 | | | | | | | | |
| Tuesday | | | AM | | | | | | | |
| Wednesday | | | | | | | | | | |

LATSHAW #17

TRUCK Pusher

| | | |
|---|---|---|
| Total | | |
| Rate | | |
| Total | | |

Employee signature:                Date:

Manager signature:                Date:

TRI STATE OIL FIELD SERVICE, INC.

Wesley Prestidge

11/5/2014

2770

1,387.50

PAYMENT RECORD

First Capital Bank

1,387.50

WHITCO CHECKS - AMARILLO

Wesley Prestridge 10/22 - 10/28

| Shoptime | | Billable: |
|---|---|---|
| 10/22/14 | | Morning misc. tank broken - 10 1/2 |
| 10/23/14 | | rigger - 15hrs |
| 10/24/14 | | Rigger - moved wharf is was ready - 8hrs |
| 10/25/14 | | loaded derrick, ran skid loader - 15 hrs |
| 10/26/14 | | rigger, swamped and set derrick, set derrick 15hrs |
| 10/27/14 | | setup rest of misc. rigged up crawler 15 crane - 8hrs |
| 10/28/14 | | loaded tie down tandum counter weights in Andrews 15hrs |

Reimbursment for gas.
80 miles 10/24/14

Billable pay-10 1/2
@$92.50
x.15

$1387.50

# EXHIBIT "D"

## TRI-STATE OILFIELD SERVICES, INC.

3710 Tradewind • Amarillo, TX 79118
(806) 373-1778 fax (806) 371-7876

*pay period 1-14-13*

**Weekly Time Card**

**Name:** Brent Diehl

**Address:** 4127 Gables

**Phone #:** 731-9807

*Victoria code this*

| Day | In | Out | Lunch | In | Out | Regular Hours | Overtime Hours | Sick | Vaca-tion | Total |
|-----|-----|-----|-------|-----|-----|---------------|----------------|------|-----------|-------|
| 8 Thursday | 930 | 730 | | | | 10 | | | | |
| 9 Friday | 8 | 7pm | | | | 11 | | | | |
| 10 Saturday | 8 | 7pm | | | | 11 | | | | |
| 11 Sunday | off | off | | | | | | | | |
| 12 Monday | 10 | 7pm | | | | 9 | | | | |
| 13 Tuesday | 8 am | 6:30 pm | | | | 10.5 = 9.5 | | | | 798. 25 |
| 7 Wednesday | 9:00 am | 8pm | | | | 19 = 70.5  Truck Wash | | | | 380. 25 |
| | | | | Total | | 81.5 | | | | 1178. 25 |
| | | | | Rate | | 15.00 | | | | |
| | | | | Total | | - | | | | |

71.5 @ 15.00
$1,072.50

Employee signature: 1-15-15    Date:    $105.75

Manager signature:    Date:

Can you look @ this.

Brent thought he was supposed to make $20.00 an hour for hours on Ricky's Towing

Tri-State @ 15.00   $772.50
Ricky's Tow @ 20.00   $1,152.50
Difference   $80.00

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACH ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 2:15-CV-00058-J |
| TRI-STATE OIL FIELD SERVICES, Inc., a Texas Corporation, RICARDO "RICKY" CANTU, an individual, RICKY'S TOWING OF AMARILLO, LLC, a Texas limited liability company, KATRINA KINCAID, an individual, and CANTU TOWING, LLC, a Texas limited liability company, | § § § § § § § § § | |
| Defendants | § § | |

**DEFENDANTS RICKY'S TOWING OF AMARILLO, LLC, KATRINA KINCAID AND
CANTU TOWING, LLC, FIRST AMENDED ANSWERS TO
PLAINTIFFS FIRST SET OF INTERROGATORIES**

To:    Plaintiffs, Zach Ellis, Geronimo Perez, Arturo Salinas, Jarrod M. Daniel, Kerry Tawater, through their attorneys of record, Phillip R. Russ, 2700 S. Western, Suite 1200, Amarillo, Texas, 79109 and Jerry D. McLaughlin, 1200 S. Western, Suite 1000, Amarillo, Texas, 79109.

Defendants, Ricky's Towing of Amarillo, LLC, Katrina Kincaid and Cantu Towing, LLC., serves these answers to Plaintiffs interrogatories.

Respectfully Submitted


/s/ Darrell R. Carey
Darrell R. Carey
Attorney for Ricardo "Ricky" Cantu
Law Office of Darrell R. Carey
300 15th Street
Canyon, TX 79015

Phone:  (806) 655-4529
Fax:     (806) 655-7250
Email: lawofficeofdarrellrcarey@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant First Amended Answers to Plaintiffs

First Set of Interrogatories was served on Jerry McLaughlin and Philip R. Russ on the 15th day of

July, 2015.

Law Offices of Jerry D. McLaughlin
Jerry D. McLaughlin, SBN 13743300
1200 S. Western, Suite 1000
Amarillo, TX 79109
Phone:  (806) 371-9110
Fax:     (806) 373-9029

And

Law Offices of Philip R. Russ
2700 S. Western, Suite 1200
Amarillo, TX 79109
Phone:  (806) 358-9293
Fax:     (806) 358-9296

_____/s/ Darrell R. Carey_____
Darrell R. Carey

## ANSWERS TO INTERROGATORIES

INTERROGATORY 1: Identify as to name and address or physical location of all facilities where functions are performed similar to the job duties of managers and assistant managers and non-exempt hourly workers at the Amarillo, Hereford, and all work locations in the Texas panhandle and at the defendants Texas facilities which constitute the other facilities of the defendants.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State facilities or functions.

INTERROGATORY 2: As to the facilities at issue (described in Interrogatory No. 1) which have operated during the relevant time period, and with respect to each, state the following:

     a.     number of FLSA non-exempt workers employed in each facility.

     b.     number of FLSA claimed exempt managers and assistant managers in the facilities.

     c.     what entity, if any, acts as the collective bargaining representative, if any, for the facilities and the length of time the employees have been represented by a collective bargaining representative;

     d.     describe the method(s) of pay for non-exempt workers used during the relevant time period; and

     e.     describe the method(s) of pay for managers, assistant managers claimed exempt (and non-exempt hourly workers) by defendants during the relevant time period;

ANSWER:   None. Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.

INTERROGATORY 3: For each Fair Labor Standards Act suit filed against Defendants by or on behalf of managers, assistant managers and non-exempt workers at facilities during the past ten years state the following:

     a.     Style of the case;

     b.     Date filed;

     c.     A brief statement of the allegations (including the violation(s) complained of, the facility(s) and division(s) in which the violation(s) allegedly occurred, and the number of workers participating in the suit or on whose behalf the suit was filed); and

     d.     Disposition of current status if still in litigation.

ANSWER:   There have been no other Fair Labor Standards Acts law suits filed against the Defendants.

INTERROGATORY 4: For each facility identified in answer to question number one, state whether during the relevant time period, Defendants:

    a.    Kept track of time mechanics, truck drivers, laborers, non-exempt hourly workers spent handling job assignments given them by the defendants.

    b.    Kept tract of time mechanics, truck drivers, laborers, and non-exempt hourly workers spent participating in training.

    c.    Kept track of time mechanics, truck drivers, laborers, and non-exempt hourly workers spent working through their one (1) hour lunch break.

    d.    Kept track of time mechanics, truck drivers, laborers, and non-exempt hourly workers spent working on weekends.

    e.    Kept track of time mechanics, truck drivers, laborers, and non-exempt hourly workers spent working at the various job sites assigned to the workers by the defendants and work locations in the Texas panhandle in addition to the Amarillo and Hereford locations.

    f.    Kept track of time mechanics, truck drivers, laborers, and non-exempt hourly workers spent completing forms or filling out time sheets.

    g.    Any alterations or deductions from paid time made by any of the defendants and identify or describe the reason for any alterations to or reductions in paid time during any work period.

ANSWER:   None. Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.

INTERROGATORY 5: State whether or not in the last five years there have been any changes in the method of pay or in the method of calculation of time at work for any mechanics, truck drivers, laborers, or non-exempt hourly workers at facilities at issue and describe the changes instituted, the dates which those changes went into effect, and the reasons for those changes. If there were such changes, please state the name, position, and address of the person with the most complete knowledge as to the changes and why such changes where made by Defendants.

ANSWER:   None. Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State facilities.

INTERROGATORY 6: Identify and state the position and authority of each person who has assisted you in the preparation of your answers to Plaintiffs' First Set of Interrogatories.

ANSWER:   Katrina Kincaid

INTERROGATORY 7: Identify all persons known to you who have knowledge of facts relevant to this action. A person has knowledge of relevant facts when he or she has or may have knowledge of any discoverable matter. The information need not be admissible and personal knowledge is not required.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State facts relevant to this action.

INTERROGATORY 8: If you decline to produce any document requested in Plaintiffs' First Set of Requests for Production on the grounds that such documents has been lost, destroyed, is not within your possession , custody, or control or is privileged from discovery, identify the nature of each such documents, including wherever applicable the title, date, author, and all recipients of the document, and specify the present location of the document and the names and addresses of the person or persons having possession, custody or control thereof, together with a complete and specific statement of the reasons such document has been withheld using the attached form entitled "Lost or Privileged Document" or a facsimile of it.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State documents

INTERROGATORY 9: Identify all claims or investigations under the Fair Labor Standards Act which have ever been made against Defendants and each of them either by an individual or by any agency of government. Identify means to state the nature of the claim or investigation, by whom it was made, the facility, the division and job titles involved, the dates of the claim or investigation, and the outcome or resolution of the claim or investigation.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State FLSA claims.

INTERROGATORY 10: Identify all persons who held supervisory positions in the facilities at issue during the relevant period and all supervisory employees responsible for keeping time. For each such person provide his or her facility, division, shift, current or last known address and telephone number, and job title and the period during which he or she held that position.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.

INTERROGATORY NO. 11:   Identify all non-supervisory persons with time keeping responsibility at the facilities and/or job sites or work locations at issue during the relevant period. For each such person provide his or her facility, division, shift, and job title, current or last known address and telephone number and job title and the period during which he or she held that position.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.


INTERROGATORY NO. 12:  Identify all persons who, during the relevant period, were employed as mechanics, truck drivers, laborers, and in FLSA non-exempt positions in the facilities at issue.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.


INTERROGATORY NO. 13:  Describe the method by which defendants calculated the daily hours of work for each mechanics, truck drivers, laborers, and FLSA non-exempt position in the facilities and job sites or work locations at issue and indicate whether time spent on the following activities was included in the calculation of work time:

    a.    For the time the mechanics, truck drivers, laborers, and/or non-exempt hourly workers spent driving trucks, working wrecks, moving rigs, maintaining trucks or equipment, repairing trucks or equipment, fixing flats, repairing breaks and the like.

    b.    The time mechanics, truck drivers, laborers, and/or non-exempt hourly workers spent waiting for repairs to complete their jobs, whether for repairs, wrecks, equipment breakdowns, delays by third parties or the like.

    c.    The time mechanics, truck drivers, laborers, and/or non-exempt hourly workers spent performing duties at rated of pay described as "shop time".

    d.    The time managers, assistant managers and/or non-exempt hourly workers spent working before and after the shift.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.


INTERROGATORY NO. 14:  For each of the facilities, job sites or work locations at issue in this case, please identify each and every alteration in the physical structure of the relevant facility operated by defendants which has been instituted since February 17, 2012, which you contend has affected the amount of time spent by workers in any of the activities at issue in this case (i.e. mechanics, truck drivers, laborers and/or non-exempt hourly workers spent driving trucks, moving oil rigs, working wrecks, repairing trucks and/or related equipment and generally performing

assigned tasks at the job sites in which they are employed, driving trucks, repairing/maintaining trucks and equipment, working wrecks, among other things). Identify the alteration means state an exact description of the alteration, the date the alteration was made, the activity at issue affect by the alteration, and the job titles of the workers whose time was affected by the alteration.

ANSWER:    Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State facilities.


INTERROGATORY NO. 15: For each of the facilities, job sites or work locations at issue in this case, please identify each and every alterations in the policies and procedures at the plant which has been instituted since February 17, 2012, which you contend has affected the amount of time spent by mechanics, truck drivers, laborers and non-exempt workers in any of the activities at issue in this case (i.e. driving trucks, repairing/maintaining trucks and equipment, moving drilling rigs, working wrecks, among other things, generally performing assigned tasks in which they are employed, among other things). Identify the alteration means state an exact description of the alteration, the date the alteration was made, the activity at issue affected by the alteration, and the job titles of mechanics, truck drivers, laborers, and non-exempt workers whose time was affected by the alteration.

ANSWER:    Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State facilities.


INTERROGATORY NO. 16: For each work day of the mechanics, truck drivers, laborers and/or non-exempt hourly workers at the facilities, job sites and/or work locations, state the shift time hours credited to individuals working on that shift each day (or the total credited each work week) for the period February 17, 2012 through the present. This interrogatory seeks the daily shift time hours credited to a shift and recorded as the hours worked for each individual on the shift (e.g. S hours or the weekly shift time and/or by describing the differential described as "shop time" hours credited to the shift (e.g. 40 hrs.); it does not seek the total man-hours worked by all shift employees during a day or a week (which presumably could be in the hundreds). Please answer this interrogatory for each facility at issue in this action.

ANSWER:    None. Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.


INTERROGATORY NO. 17: Identify each and every document in the Defendants' possession or control or of which it has knowledge to embody or otherwise reflect any of the information requested in Interrogatory NO. 16.

ANSWER:    None. Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees.

INTERROGATORY NO. 18: Describe in detail the Defendants' policies, practices and procedures regarding the payment of overtime and whether it pays equal pay for all employees during each pay period for equal work by all other employees during the period of Plaintiffs' employment including, but not limited to, information regarding:

    a.    The job classifications considered to be subject to the overtime requirements and for equal pay requirements of federal and/or state law and any job classification deemed exempt from such requirements, specifying the nature of each such exemption claimed;

    b.    How overtime was calculated;

    c.    When overtime was paid and the rate at which it was paid;

    d.    Any procedures in effect to verify compensable hours worked by Defendants' employees who were paid an hourly wage;

    e.    Whether Defendants ever compensated its employees with compensatory time off in lieu of cash payments for overtime hours worked; What criteria, standards or policies are in place to insure equal pay for all hourly employees;

    f.    What procedures are in place to insure that defendants provide equal pay to nonexempt hourly employees; and

    g.    What criteria, standards or policies are in place that govern the reduction or alteration of paid time during any pay period that justifies or authorizes the reduction or alteration of the number of hours during any pay period for the purpose of calculating paid time, and then identify same.

State the name, current or last known address and telephone number and job title of each and every person who supervised employees at the Defendants' facilities, job site(s) and/or work locations at issue since February 17, 2012 to the present.

ANSWER:    Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees or supervisors.

INTERROGATORY NO. 19: Describe in detail Defendants' policies, practices and procedures regarding the docking of mechanics, truck drivers, laborers and/or non-exempt hourly workers pay for time taken off for personal reasons, whether by a compensatory time bank or otherwise, during the period of Plaintiffs' employment including, but not limited to, information regarding:

    a.    The job classifications considered subject to docking or reducing pay for any reason and identify those reasons.

    b.    How time docked or deducted or pay is reduced in any fashion is determined or

calculated.

c.      How time docked or pay reduced or offset is recorded or kept track of.

d.      Any procedures in effect to verify how much compensable time is reduced, docked or offset in any way.

e.      Whether defendants' ever adjusted it employees pay by a time bank or otherwise and describe said procedure.

f.      Whether a non-exempt hourly employee is ever docked for delays, repairs, "shop time" and/or any other reason and explain and identify the method or arriving at said deductions, the justification therefor and the criteria applied to arrive at said calculation.

ANSWER:   Defendants Katrina Kincaid, Ricky's Towing and Cantu Towing have no knowledge regarding Defendant Tri-State employees or policies

# EXHIBIT "F"

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| Office Address: | Albuquerque NM District Office<br>US Dept. of Labor, Wage & Hour Div<br>P.O. Box 907<br>500 Gold SW Suite 12000<br>Albuquerque, NM  87103<br>505-248-6100 | Investigator:<br>Michael Killough | Date:<br>08/06/2013 |
|---|---|---|---|
| | | Employer Fed Tax ID Number: | 80-0139309 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 1. Arriaga,  Victoria | 907 Garden Walk<br>La Porte, TX  77571 | 08/25/2012<br>to<br>10/27/2012 | FLSA | $1,341.93 | ~~$1,341.93~~ $60⁰⁰ |
| 2. Bates,  Tommy | P.O. Box 151<br>Whitney, NE  69367 | 12/31/2011<br>to<br>10/27/2012 | FLSA | $1,971.09 | $1,971.09 |
| 3. Bates,  Trey | 8530 S. Western, #3<br>Amarillo, TX  79110 | 12/24/2011<br>to<br>10/27/2012 | FLSA | $484.49 | $484.49<br>2/10/12 $444.49 |
| 4. Bausell,  Joel | 3220 Seymour Rd, Apt 36<br>Wichita Falls, TX  76309 | 08/04/2012<br>to<br>10/27/2012 | FLSA | $515.25 | $515.25 |
| 5. Beasley,  Robert | 2016 Gloria Ln<br>Wichita Falls, TX  76306 | 08/25/2012<br>to<br>10/27/2012 | FLSA | $1,341.93 | $1,341.93 ✓ |
| 6. Brock,  Kimberly | | 06/11/2011<br>to<br>09/29/2012 | FLSA | $39.12 | $39.12 ✓ |
| 7. Cardenas,  Megan | | 08/11/2012<br>to<br>11/03/2012 | FLSA | $128.38 | $128.38 ✓ |
| 8. Cardenas,  Sandra | 902 S. Bonham<br>Amarillo, TX  79102 | 04/14/2012<br>to<br>11/03/2012 | FLSA | $953.09 | $953.09 ✓ |
| 9. Cook,  Thomas | | 12/31/2011<br>to<br>10/20/2012 | FLSA | $254.58 | $254.58 |

| I agree to pay the listed employees the amount due shown above by 09/20/2013<br><br>Signed: _____<br><br>Date: _____ | Employer Name and Address:<br>Cantu Towing<br>Cantu Towing LLC<br>1403 30th Street<br>Wichita Falls TX 76302 | Subtotal: | $7,029.86 | $7,029.86<br>5,707.93 |
|---|---|---|---|---|

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| Office Address: | Albuquerque NM District Office<br>US Dept. of Labor, Wage & Hour Div<br>P.O. Box 907<br>500 Gold SW Suite 12000<br>Albuquerque, NM  87103<br>505-248-6100 | | Investigator:<br>Michael Killough | | Date:<br>08/06/2013 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number:  80-0139309 | | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 10. Davila,  Edward | 1000 Sunrise<br>Amarillo, TX  79104 | 08/18/2012<br>to<br>10/27/2012 | FLSA | $166.95 | $166.95 |
| 11. Del Santos, Benancio | 1516 E. 7th<br>Amarillo, TX 79102 | 09/29/2012<br>to<br>11/03/2012 | FLSA | $150.04 | $150.04 |
| 12. Easley,  Justin | 1108 Morton<br>Dumas, TX 79029 | 11/13/2010<br>to<br>06/04/2011 | FLSA | $996.73 | $996.73 |
| 13. Edgar,  Allen | 1206 N. Polk<br>Amarillo, TX 79107 | 11/13/2010<br>to<br>10/27/2012 | FLSA | $73.03 | $73.03 |
| 14. Englehaupt, Joshua | 1007 Melody Ln<br>Amarillo, TX  79108 | 11/13/2010<br>to<br>11/05/2011 | FLSA | $656.41 | $656.41 ✓ |
| 15. Fear,  Donny | 6801 Wolflin Ave #524<br>Amarillo, TX  79106 | 10/06/2012<br>to<br>11/03/2012 | FLSA | $62.46 | $62.46 ✓ |
| 16. Foster,  Franklin | | 12/24/2011<br>to<br>05/19/2012 | FLSA | $2,240.29 | $2,240.29 ✓ |
| 17. Haskins, Catherine | | 11/20/2010<br>to<br>11/20/2010 | FLSA | $32.00 | $32.00 ✓ |
| 18. Hernandez,  Julian | 4317 S. Ong<br>Amarillo, TX  79110 | 05/05/2012<br>to<br>06/16/2012 | FLSA | $465.72 | $465.72 ✓ |

| I agree to pay the listed employees the amount due shown above by 09/20/2013<br><br>Signed: _____<br><br>Date: _____ | Employer Name and Address:<br>Cantu Towing<br>Cantu Towing LLC<br>1403 30th Street<br>Wichita Falls TX 76302 | Subtotal | $4,843.63 | $4,843.63 |
|---|---|---|---|---|

Form WH-56

## Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Albuquerque NM District Office<br>US Dept. of Labor, Wage & Hour Div<br>P.O. Box 907<br>500 Gold SW Suite 12000<br>Albuquerque, NM 87103<br>505-248-6100 | | | Investigator:<br>Michael Killough | | Date:<br>08/06/2013 |
|---|---|---|---|---|---|---|
| | | | | Employer Fed Tax ID Number: | 80-0139309 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | | Total |
|---|---|---|---|---|---|---|
| 19. Herrero, Daniel | 2200 S. Manhattan<br>Amarillo, TX 79103 | 12/31/2011<br>to<br>03/31/2012 | FLSA | $307.96 | | $307.96 ✓ |
| 20. Kendall, Ricky | 1407 SW 20th (Rear)<br>Amarillo, TX 79109 | 12/03/2011<br>to<br>01/07/2012 | FLSA | $277.73 | | $277.73 ✓ |
| 21. Lozoya, Jeremiah | 1317 SE 14th ST<br>Amarillo, TX 79102 | 11/13/2010<br>to<br>02/25/2012 | FLSA | $1,075.97 | | $1,075.97 ✓ |
| 22. Martellaro, Michael | 3506 S. Taylor<br>Amarillo, TX 79109 | 07/07/2012<br>to<br>09/01/2012 | FLSA | $254.99 | | $254.99 ✓ |
| 23. Martin, Gary ⨆ | 4333 Grandview St<br>Wichita Falls, TX 76306 | 05/05/2012<br>to<br>06/02/2012 | FLSA | $62.00 | | $62.00 ✓ |
| 24. Metzger, Eric ⨆ | 701 Fillmore<br>Wichita Falls, TX 76301 | 12/31/2011<br>to<br>08/04/2012 | FLSA | $1,314.12 | | $1,314.12 ✓ |
| 25. Murray, Justen ⨆ | 4601 Westridge<br>Wichita Falls, TX 76306 | 04/28/2012<br>to<br>05/12/2012 | FLSA | $510.27 | | $510.27 ✓ |
| 26. Olivarez, Guadalupe | 712 N. Lincoln<br>Amarillo, TX 79107 | 08/13/2011<br>to<br>11/03/2012 | FLSA | $35,964.69 *12,261.54 23,703.13* | | ~~$35,964.69~~ *23,10...* |
| 27. Paralez, Juan | 1002 N. Virginia<br>Amarillo, TX 79106 | 12/25/2010<br>to<br>09/24/2011 | FLSA | $108.95 | | $108.95 ✓ |

| I agree to pay the listed employees the amount due shown above by 09/20/2013<br><br>Signed: _____<br><br>Date: _____ | Employer Name and Address:<br>Cantu Towing<br>Cantu Towing LLC<br>1403 30th Street<br>Wichita Falls TX 76302 | Subtotal: | $39,876.68 | $39,876.68 |
|---|---|---|---|---|

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| Office Address: | Albuquerque NM District Office<br>US Dept. of Labor, Wage & Hour Div<br>P.O. Box 907<br>500 Gold SW Suite 12000<br>Albuquerque, NM 87103<br>505-248-6100 | | Investigator:<br>Michael Killough | | Date:<br>08/06/2013 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 80-0139309 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 28. Parks,  Mackenzie | 153 Peterson Rd<br>Wichita Falls, TX  76305 | 12/31/2011<br>to<br>04/21/2012 | FLSA | $76.80 | $76.80 ✓ |
| 29. Quam,  Jim | 4304 S. Ong<br>Amarillo, TX  79110 | 12/31/2011<br>to<br>03/31/2012 | FLSA | $352.60 | $352.60 ✓ |
| 30. Runquist,  Robert | 12118 LS Trail<br>Amarillo, TX  79118 | 12/31/2011<br>to<br>10/27/2012 | FLSA | $632.26 | *381.84*<br>*250.42* $632.26 ✓ |
| 31. Shirley,  Rick | | 05/26/2012<br>to<br>08/18/2012 | FLSA | $1,269.29 | $1,269.29 ✓ |
| 32. Solis,  Estabon | 1510 Parr St<br>Amarillo, TX  79106 | 10/01/2011<br>to<br>12/24/2011 | FLSA | $668.62 | $668.62 ✓ |
| 33. Whittington, Jason | 406 S. Highland<br>Amarillo, TX  79104 | 11/13/2010<br>to<br>10/27/2012 | FLSA | $765.27 | $765.27 ✓ |

| I agree to pay the listed employees the amount due shown above by 09/20/2013 | Employer Name and Address:<br>Cantu Towing<br>Cantu Towing LLC<br>1403 30th Street<br>Wichita Falls TX 76302 | Subtotal: | $3,764.84 | | $3,764.84 |
|---|---|---|---|---|---|
| Signed: _____<br><br>Date: _____ | | Total: | $55,515.01 | | $55,515.01 |

Form WH-56

# EXHIBIT "G"

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*.
► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2011**

Attachment
Sequence No. **09**

Name of proprietor: **KATRINA KINCAID**

Social security number (SSN): ▓▓▓▓▓

**A** Principal business or profession, including product or service (see instructions)
**TOWING SERVICE**

**B** Enter code from instructions
► **488000**

**C** Business name. If no separate business name, leave blank.
**CANTU TOWING, LLC**

**D** Employer ID number (EIN), (see instrs)
**80-0139309**

**E** Business address (including suite or room no.) ► PO BOX 9092
City, town or post office, state, and ZIP code   AMARILLO TX 79105

**F** Accounting method: **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2011? If 'No,' see instructions for limit on losses. [X] Yes [ ] No

**H** If you started or acquired this business during 2011, check here ►

**I** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) [X] Yes [ ] No

**J** If 'Yes,' did you or will you file all required Forms 1099? [X] Yes [ ] No

| Part I | Income | | |
|---|---|---|---|
| **1a** Merchant card and third party payments. For 2011, enter -0- | 1a | 0. | |
| **b** Gross receipts or sales not entered on line 1a (see instructions) | 1b | 135,147. | |
| **c** Income reported to you on Form W-2 if the 'Statutory Employee' box on that form was checked. **Caution.** See instructions before completing this line | 1c | | |
| **d** Total gross receipts. Add lines 1a through 1c | 1d | | 135,147. |
| **2** Returns and allowances plus any other adjustments (see instructions) | 2 | | |
| **3** Subtract line 2 from line 1d | 3 | | 135,147. |
| **4** Cost of goods sold (from line 42) | 4 | | |
| **5** Gross profit. Subtract line 4 from line 3 | 5 | | 135,147. |
| **6** Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | | 600. |
| **7** Gross income. Add lines 5 and 6 ► | 7 | | 135,747. |

**Part II** **Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| **8** Advertising | 8 | 496. | **18** Office expense (see instructions) | 18 | 305. |
| **9** Car and truck expenses (see instructions) | 9 | | **19** Pension and profit-sharing plans | 19 | |
| **10** Commissions and fees | 10 | | **20** Rent or lease (see instructions): | | |
| **11** Contract labor (see instructions) | 11 | 8,531. | **a** Vehicles, machinery, and equipment | 20a | 1,155. |
| **12** Depletion | 12 | | **b** Other business property | 20b | 74,500. |
| **13** Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | **21** Repairs and maintenance | 21 | 1,638. |
| | | | **22** Supplies (not included in Part III) | 22 | 2,103. |
| | | | **23** Taxes and licenses | 23 | 216. |
| **14** Employee benefit programs (other than on line 19) | 14 | | **24** Travel, meals, and entertainment: | | |
| | | | **a** Travel | 24a | |
| **15** Insurance (other than health) | 15 | | **b** Deductible meals and entertainment (see instructions) | 24b | |
| **16** Interest: | | | **25** Utilities | 25 | 144. |
| **a** Mortgage (paid to banks, etc.) | 16a | | **26** Wages (less employment credits) | 26 | 33,675. |
| **b** Other | 16b | | **27a** Other expenses (from line 48) | 27a | 12,931. |
| **17** Legal & professional services | 17 | | **b** Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| **28** Total expenses before expenses for business use of home. Add lines 8 through 27a ► | 28 | | 135,694. |
| **29** Tentative profit or (loss). Subtract line 28 from line 7 | 29 | | 53. |
| **30** Expenses for business use of your home. Attach Form 8829. Do **not** report such expenses elsewhere | 30 | | |
| **31** Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. If you entered an amount on line 1c, see instructions. Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | | 53. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. If you entered an amount on line 1c, see the instructions for line 31. Estates and trusts, enter on Form 1041, line 3.

**32a** [ ] All investment is at risk.

**32b** [ ] Some investment is not at risk.

• If you checked 32b, you **must** attach Form 6198. Your loss may be limited.

**BAA   For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIZ0112L  10/25/11

Schedule C (Form 1040) 2011

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
►Attach to Form 1040, 1040NR, or 1041. ►See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**
Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| RICARDO CANTU | |

| A Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|
| WRECKER SERVICE | ► 488000 |

| C Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|
| RICKY'S TOWING OF AMARILLO, LLC | 80-0139311 |

E Business address (including suite or room no.) ►
City, town or post office, state, and ZIP code

F Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2010? If 'No,' see instructions for limit on losses.. [X] Yes  [ ] No

H If you started or acquired this business during 2010, check here............................................................. ►[ ]

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses...........................................►[ ] | **1** | 1,829,501. |
| 2 | Returns and allowances.................................................... | **2** | |
| 3 | Subtract line 2 from line 1................................................. | **3** | 1,829,501. |
| 4 | Cost of goods sold (from line 42 on page 2)............................... | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3............................... | **5** | 1,829,501. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)......................................................... | **6** | 19,237. |
| 7 | **Gross income.** Add lines 5 and 6....................................... | **7** | 1,848,738. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising................. | **8** | 32,735. | 18 Office expense.................. | **18** | 18,516. |
| 9 | Car and truck expenses (see instructions)........... | **9** | | 19 Pension and profit-sharing plans..... | **19** | |
| 10 | Commissions and fees...... | **10** | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions)........... | **11** | 327,334. | a Vehicles, machinery, and equipment..... | **20a** | 7,139. |
| 12 | Depletion................... | **12** | | b Other business property............ | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)........... | **13** | 415,913. | 21 Repairs and maintenance............. | **21** | 115,430. |
| | | | | 22 Supplies (not included in Part III)..... | **22** | 99,419. |
| | | | | 23 Taxes and licenses................. | **23** | 18,998. |
| | | | | 24 Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19).. | **14** | | a Travel.......................... | **24a** | 9,214. |
| 15 | Insurance (other than health).. | **15** | 87,646. | b Deductible meals and entertainment (see instructions)................ | **24b** | 5,028. |
| 16 | Interest: | | | 25 Utilities........................ | **25** | 19,747. |
| a | Mortgage (paid to banks, etc)........ | **16a** | | 26 Wages (less employment credits)........ | **26** | 148,653. |
| b | Other....................... | **16b** | 27,815. | 27 Other expenses (from line 48 on page 2).......................... | **27** | 397,714. |
| 17 | Legal & professional services.. | **17** | 25,696. | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27....................... ► | **28** | 1,756,997. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7....................................................... | **29** | 91,741. |
| 30 | Expenses for business use of your home. Attach **Form 8829**................................................. | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 91,741. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

32a [ ] All investment is at risk.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32b [ ] Some investment is not at risk.

**BAA   For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIZ0112L   12/27/10

Schedule C (Form 1040) 2010

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

► For information on Schedule C and its instructions, go to *www.irs.gov/schedulec*.
► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2011**

Attachment
Sequence No. **09**

Name of proprietor
RICARDO CANTU

Social security number (SSN)

**A** Principal business or profession, including product or service (see instructions)
WRECKER SERVICE

**B** Enter code from instructions
► 488000

**C** Business name. If no separate business name, leave blank.
RICKY'S TOWING OF AMARILLO, LLC

**D** Employer ID number (EIN), (see instrs)
80-0139311

**E** Business address (including suite or room no.) ► _____
  City, town or post office, state, and ZIP code

**F** Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ► _____

**G** Did you 'materially participate' in the operation of this business during 2011? If 'No,' see instructions for limit on losses . [X] Yes  [ ] No

**H** If you started or acquired this business during 2011, check here. . . . . . . . . . . . . . . . . . . . . . . . . . ►

**I** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . . . . [X] Yes  [ ] No

**J** If 'Yes,' did you or will you file all required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes  [ ] No

## Part I  Income

| | | | |
|---|---|---:|---:|
| **1 a** Merchant card and third party payments. For 2011, enter -0- . . . . . . . . . . . . . . | 1a | 0. | |
| **b** Gross receipts or sales not entered on line 1a (see instructions) . . . . . . . . . . . . | 1b | 1,750,763. | |
| **c** Income reported to you on Form W-2 if the 'Statutory Employee' box on that form was checked. **Caution.** See instructions before completing this line. . . . . . . | 1c | | |
| **d** Total gross receipts. Add lines 1a through 1c . . . . . . . . . . . . . . . . . . . . . . . . | 1d | | 1,750,763. |
| **2** Returns and allowances plus any other adjustments (see instructions) . . . . . . . . . . . . | 2 | | |
| **3** Subtract line 2 from line 1d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | 1,750,763. |
| **4** Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | | |
| **5** Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | 1,750,763. |
| **6** Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | 151,661. |
| **7** **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 7 | | 1,902,424. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| **8** Advertising . . . . . . . . . | 8 | 59,083. | **18** Office expense (see instructions) . . . . . | 18 | 30,096. |
| **9** Car and truck expenses (see instructions) . . . . . | 9 | | **19** Pension and profit-sharing plans . . . | 19 | |
| **10** Commissions and fees . . . . | 10 | | **20** Rent or lease (see instructions): | | |
| **11** Contract labor (see instructions) . . . . . | 11 | 265,663. | **a** Vehicles, machinery, and equipment. . . . | 20a | 3,784. |
| **12** Depletion. . . . . . . . . . | 12 | | **b** Other business property . . . . . . . . | 20b | |
| **13** Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | 13 | 348,089. | **21** Repairs and maintenance . . . . . . . | 21 | 77,332. |
| | | | **22** Supplies (not included in Part III) . . . . | 22 | 119,548. |
| | | | **23** Taxes and licenses . . . . . . . . . | 23 | 39,097. |
| **14** Employee benefit programs (other than on line 19) . . . | 14 | | **24** Travel, meals, and entertainment: | | |
| | | | **a** Travel . . . . . . . . . . . . . . . | 24a | 12,056. |
| **15** Insurance (other than health) . . | 15 | 101,459. | **b** Deductible meals and entertainment (see instructions) . . . . . . . . . | 24b | 3,909. |
| **16** Interest: | | | **25** Utilities . . . . . . . . . . . . . . | 25 | 31,913. |
| **a** Mortgage (paid to banks, etc) . . | 16a | | **26** Wages (less employment credits). . . . | 26 | 261,975. |
| **b** Other . . . . . . . . . . | 16b | 46,546. | **27a** Other expenses (from line 48) . . . . | 27a | 468,553. |
| **17** Legal & professional services . . | 17 | 51,775. | **b** Reserved for future use . . . . . . . | 27b | |

| | | | |
|---|---|---|---:|
| **28** **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . . . . . . . . ► | 28 | | 1,920,878. |
| **29** Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | | -18,454. |
| **30** Expenses for business use of your home. Attach **Form 8829.** Do **not** report such expenses elsewhere . | 30 | | |
| **31** **Net profit or (loss).** Subtract line 30 from line 29.   • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see instructions. Estates and trusts, enter on **Form 1041, line 3.**   • If a loss, you **must** go to line 32. | 31 | | -18,454. |
| **32** If you have a loss, check the box that describes your investment in this activity (see instructions).   • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see the instructions for line 31. Estates and trusts, enter on **Form 1041, line 3.**   • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk.  32b [ ] Some investment is not at risk. | | |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIZ0112L  10/25/11

Schedule C (Form 1040) 2011

# EXHIBIT "H"

**NAME:** Kerry Tawater (Corkscrew)  **PERIOD:** 1/7/2015-1/13/2015

| DATE | SHOP TIME | DESCRIPTION | BILLABLE | DESCRIPTION2 |
|---|---|---|---|---|
| 1/7/2015 | | | | |
| 1/8/2015 | | | | |
| 1/9/2015 | 9.5 | unload weights, service trucks, clean truck, took #112 to wash & trailer | | |
| 1/10/2015 | 8 | Quanah TX to pick up #208 | | |
| 1/11/2015 | | | | |
| 1/12/2015 | 11.5 | Haul Equip. back from Aquilla 10, Tandum/Frac tanks | | |
| 1/13/2015 | | | 8.5 | Unload tandum, fix flat on trailer, crawford Ranch pick up loader |
| TOTAL | 29 | SHOP HOURS @ _____ | 8.5 | BILLABLE HOURS @ _____ |

MISC. &/OR REIMBURSEMENTS:

29 X 10. =

290.

8.5 @ 16.00

136.

$290 00 shop
$136 00 billable
$426 00

$250 Damages to Garage floor

8.5 X 7.05
= 59.81