IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZAC ELLIS, GERONIMO PEREZ, ARTURO SALINAS, JARROD M. DANIEL, and KERRY TAWATER, Individuals, § § § § | | |
| Plaintiffs, § | | |
| v. § | 2:15-CV-058 | |
| TRI-STATE OIL FIELD SERVICES, INC a Texas Corporation, *et al.*, § § § | | |
| Defendants. § | | |

## ORDER SETTING HEARING

Before the Court is plaintiff's June 10, 2015, "Motion to Compel Answers to Interrogatories and the Production of Documents." The motion was referred to the undersigned and a hearing was held July 15, 2015.[1] Plaintiffs, upon order of the Court, filed a Supplement to the Motion to Compel on July 29, 2015. Defendants have filed no Response. Plaintiffs have informed the Court additional deficiencies exist as set forth in their supplemental motion, and that an additional hearing is necessary to resolve these issues.

Also before the Court is a Motion for Order Authorizing Notice to Potential Plaintiffs filed March 26, 2015. Defendant Tri-State Oil Field Services, Inc. agrees to the motion and the remaining defendants oppose it.

Also before the Court is plaintiffs Unopposed Motion to Extend Time for Mediation filed August 7, 2015. The parties agree an extension of the court ordered mediation deadline depends

---

[1] After the parties consented to proceed before the United States Magistrate Judge, an Order was entered July 21, 2015 reassigning this case to the Magistrate's docket.

on resolution of the discovery matters still at issue and the notice to potential plaintiffs issue.

A hearing on all pending motions is set for **Tuesday, August 25, 2015 at 2:30 p.m.**, in the First Floor Courtroom, United States Courthouse, 205 S.E. Fifth Avenue, Amarillo, Texas.

IT IS SO ORDERED.

ENTERED this _11th_ day of August 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE